UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Audreysue Messinger | Bankruptcy No.19-16484-ELF |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of March, 2020, by first class mail upon those listed below:

Audreysue Messinger
1046 Seneca Street
Bethlehem, PA  18015

**Electronically via CM/ECF System Only:**

MICHAEL J. MC CRYSTAL, ESQ.
 99999-9999

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee