United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16484-pmm
Audreysue Messinger                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: ChrissyW           Page 1 of 3              Date Rcvd: Apr 09, 2020
                            Form ID: pdf900          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
```
db            +Audreysue Messinger,    1046 Seneca Street,    Bethlehem, PA 18015-4129
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
14405959      +Aes/bank Of New York,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14405960      +Aes/blue Ridge Funding,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14405961     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
14411022      +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,   701 Market Street,
                Suite 5000,    Philadelphia, PA 19106-1541
14410788      +BANK OF AMERICA, N.A.,    C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14430645       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14405962      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
14405969      +Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,    Sioux Falls, SD 57117-6275
14405983      +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr Ste 100,
                Mount Lurel, NJ 08054-1297
14405984      #Hayt, Hayt and Landau LLC,    123 S. Broad Street,    STE 1660,   Philadelphia, PA 19109-1003
14405986      +Law Offices of Frederick I. Weinberg,    attn.: Joel Flick, Esquire,   375 Elm Street, STE 210,
                Conshohocken, PA 19428-1973
14412045      +PNC BANK NATIONAL    ASSOCIATION,   C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14412675      +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14405993      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
14443758      +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
14405991       Peerless Credit Services Inc.,    PO Box 518,   Middletown, PA 17057-0518
14405992      +Penn State,    308 Shields Bldg,    University Park, PA 16802-1220
14405994      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
14406004      +Prothonotary-CCP Lehigh,    Case No. 2018-C-1385,    455 W. Hamilton Street,
                Allentown, PA 18101-1602
14406001      +Prothonotary-CCP Lehigh,    Case No. 2018-N-1021,    455 W. Hamilton Street,
                Allentown, PA 18101-1602
14406003      +Prothonotary-CCP Lehigh,    Case No. 2019-C-1447,    455 W. Hamilton Street,
                Allentown, PA 18101-1602
14406000      +Prothonotary-CCP Lehigh,    Case No. 2019-N-0205,    455 W. Hamilton Street,
                Allentown, PA 18101-1602
14406002      +Prothonotary-CCP Lehigh,    Case No. 2019-N-1023,    455 W. Hamilton Street,
                Allentown, PA 18101-1602
14405999      +Prothonotary-CCP Lehigh,    Case No. 2019-N-16,   455 W. Hamilton Street,
                Allentown, PA 18101-1602
14406005      +Ratchford Law Group PC,    54 Glenmaurra National Blvd,   STE 104,   Moosic, PA 18507-2101
14406007      +Ratchford Law Group PC,    54 Glennmaurra National Bank Blvd,   STE 104,   Moosic, PA 18507-2101
14406008      +St. Luke University Health Network,    801 Ostrum Street,   Bethlehem, PA 18015-1000
14406009      +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
14406017      +Terry Messinger,    1046 Seneca Street,    Bethlehem, PA 18015-4129
14427628      +The Pennsylvania State University,    108 Shields Building,   University Park PA 16802-1201
14406018      +Wf/home Pr,    Attn: Bankruptcy,    Po Box 51193,   Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:34
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14405963      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:47:22     Capital One,
                Po Box 30281,   Salt Lake City, UT 84130-0281
14405964      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:48:40     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14411435      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2020 04:59:25
                Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14405967      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:48:40
                Capital One/Dress Barn,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14405970      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 10 2020 04:50:00     Comenity Bank/Lane Bryant,
                Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14405972       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 10 2020 04:50:00     Comenity/Fashion Bug,
                Attn: Bankrutptcy Dept,   Po Box 18215,   Columbus, OH 43218
14405974      +E-mail/Text: electronicbkydocs@nelnet.net Apr 10 2020 04:50:42
                Department of Education/Nelnet,   Po Box 82561,   Lincoln, NE 68501-2561
```

```
District/off: 0313-4          User: ChrissyW              Page 2 of 3                   Date Rcvd: Apr 09, 2020
                              Form ID: pdf900             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14405975       +E-mail/Text: electronicbkydocs@nelnet.net Apr 10 2020 04:50:42
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405968        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 10 2020 04:47:21      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
14405985       +E-mail/Text: bncnotices@becket-lee.com Apr 10 2020 04:49:51       Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
14405987       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:46:25
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14405988       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2020 04:50:37       Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14442773       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2020 04:50:37       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14405995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:48:43
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
14433725        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2020 04:47:25
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
14440315        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2020 04:50:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14442958       +E-mail/Text: bncmail@w-legal.com Apr 10 2020 04:50:46       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14406010       +E-mail/Text: BKRMailOPS@weltman.com Apr 10 2020 04:49:57       Sterling Jewelers/Kay Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
14406011       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:46:13       Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14406012       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:47:22       Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406013       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:47:20       Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406014       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:46:13       Synchrony Bank/PayPal Cr,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406015       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:47:20       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406019        E-mail/Text: ebn@wfcorp.com Apr 10 2020 04:51:57       Williams and Fudge,   300 Chatham Avenue,
                 PO Box 11590,    Rock Hill, SC 29731-1590
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14405973         Comenitybank/catherine
14405965*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14405966*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14405971*       +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14405976*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405977*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405978*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405979*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405980*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405981*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405982*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14405989*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14405990*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14405996*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
14405997*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
14405998*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
14406006*       +Ratchford Law Group PC,    54 Glenmaurra National Blvd.,    STE 104,    Moosic, PA 18507-2101
14406016*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                     TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: ChrissyW              Page 3 of 3                  Date Rcvd: Apr 09, 2020
                              Form ID: pdf900             Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Audreysue  Messinger mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Audreysue Messinger<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16484-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 9, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE